# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**

Case No.: 3:06cr120-MCR

**LARRY BUD SIMPSON, JR.**
_____/

## FINAL ORDER OF FORFEITURE AS
## TO DEFENDANT LARRY BUD SIMPSON, JR.

WHEREAS, on November 22, 2006, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure the Court at entered a verbal Order of Forfeiture as to defendant **LARRY BUD SIMPSON, JR.** at the time of his guilty plea, and at sentencing on February 15, 2007, directed that such Order be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **LARRY BUD SIMPSON, JR.** right, title and interest in the property described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **LARRY BUD SIMPSON, JR.** for all purposes.

2. That the property which is subject to forfeiture in this Order is as follows:

   A New England Firearms 20-gauge short-barreled shotgun, with a converted pistol grip (overall length of 17.75 inches), seized by law enforcement from the residence of the defendant on or about July 15, 2006.

3. That upon adjudication of all third party interests, or if no third party claims are filed, pursuant to Title 26, United States Code, Section 5872 and Title 28, United

States Code, Section 2461(c), and Rule 32.2(c), Fed. R. Crim. P., the United States shall dispose of said property in accordance with law or further Order of this Court.

**IT IS SO ORDERED** this 16th day of February, 2007.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**